DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS LESKO,**
Appellant,

v.

**JENNIFER LESKO,**
Appellee.

No. 4D18-2615

[August 29, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Sherwood Bauer and Victoria L. Griffin, Judges; L.T. Case No. 562017DR000091.

Thomas Lesko, Port St. Lucie, pro se.

Andrew Sholtes of Sholtes Law, PLLC, Fort Pierce, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***